1  Erica Loftis, Esq. (SBN 259286)
2  Merdaud Jafarnia, Esq. (SBN 217263)
   Adam P. Thursby, Esq. (SBN 318465)
3  GHIDOTTI | BERGER LLP
   1920 Old Tustin Ave.
4  Santa Ana, CA 92705
   Ph: (949) 427-2010
5  Fax: (949) 427-2732
   bknotifications@ghidottiberger.com
6
7  Attorney for Secured Creditor,
   Bosco Credit LLC
8
                    UNITED STATES BANKRUPTCY COURT
9
                    CENTRAL DISTRICT OF CALIFORNIA
10
                          SANTA ANA DIVISION
11
   In Re:                          )    CASE NO.: 8:21-bk-11979-MW
12                                 )
   Bridget Kaub,                   )    CHAPTER 13
13                                 )
        Debtor(s).                 )    **OBJECTIONS TO PROPOSED**
14                                 )    **CHAPTER 13 PLAN AND**
                                   )    **CONFIRMATION THEREOF**
15                                 )
                                   )    **Confirmation Hearing:**
16                                 )    Date: 11/18/2021
                                   )    Time: 09:00 A.M.
17                                 )    Courtroom: 6C
                                   )    Location: 411 W Fourth St., Santa Ana, CA
18                                 )    92701
                                   )
19                                 )    Judge Mark S Wallace
20                                 )
                                   )
21                                 )

22    TO ALL PARTIES IN INTEREST AND TO THEIR ATTORNEYS OF RECORD:

23    Bosco Credit LLC, its successors and/or assignees, ("Secured Creditor") in the above-
entitled Bankruptcy proceeding, hereby submits the following Objections to Confirmation of
24  the Chapter 13 Plan proposed by Bridget Kaub ("Debtor").

25    Secured Creditor is entitled to receive payments pursuant to a Promissory Note which is
26  secured by a Deed of Trust on the subject property commonly known as 421 18th Street,

27
28                                      1
                                                              Objection to Plan

Huntington Beach, CA 92648. Secured Creditor files this Objection to protect its interests.

## ARGUMENT

Under 11 U.S.C. §1325, the provisions for plan confirmation in a Chapter 13 have been set. Unless otherwise ordered, under 11 U.S.C. § 1326(a)(1), the Debtor shall commence making the payments proposed by the Plan within 30 days after the Petition is filed. The Plan must comply with all applicable provisions of 11 U.S.C. § 1325 to be confirmed. Based on the foregoing, as more fully detailed below, the Plan cannot be confirmed as proposed.

As of 8/13/21 the amount in default was $417,948.10, representing monthly payments and late charges due; advances for taxes and insurance, if any; and foreclosure costs and attorneys' fees incurred with respect to the default.

### A. **ARREARS UNDERSTATED**

The Debtors' Plan does not provide for cure of the pre-petition arrears owed to Creditor. The proposed plan provides for the cure of $120,000 in arrears via payments of $2,181.82 per month. The actual arrears are 417,948.10, as is more fully described in Creditor's proof of claim filed as Claim #2. To cure the actual pre-petition arrearages within 60 months, Secured Creditor must receive $6,965.80 per month from the Debtor through the Plan. As a result the Plan does not meet the full value requirement and fails to satisfy 11 U.S.C. §1325(a)(5)(B)(ii). Accordingly, Debtors will be required to amend their plan to fully provide for the pre-petition arrears owed to Creditor.

### B. PLAN DOES NOT APPEAR FEASIBLE

The plan does not comply with 11 U.S.C. §1325 and is not feasible because it fails to properly provide for the treatment of Secured Creditor's claim. Here the Debtor has listed on Schedule I and J net monthly income in the amount of $1,212.00. Such amount is insufficient to fund the plan and fully provide for Secured Creditor's claim. The payment to Secured Creditor alone through Debtor's Chapter 13 Plan must be $6,965.80 per month. As a result, the proposed Chapter 13 Plan does not appear to be feasible. Therefore, the Plan cannot be confirmed. 11 U.S.C. §1325(a)(6).

## CONCLUSION

Objection to Plan

1 | Any Chapter 13 Plan proposed by the Debtor must provide for and eliminate the Objections specified above in order to be reasonable and to comply with applicable provisions of the Bankruptcy Code. Secured Creditor respectfully requests that confirmation of the Chapter 13 Plan as proposed by the Debtor be denied.

WHEREFORE, Secured Creditor prays as follows:

1. That confirmation of the Proposed Chapter 13 Plan be denied, and
2. For such other relief as this Court deems proper.

Dated: September 13, 2021                GHIDOTTI | BERGER LLP


/s/ Erica Loftis-Pacheco_____
Erica Loftis-Pacheco, Esq (SBN 259286)
Counsel for Secured Creditor

3

Objection to Plan

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1920 Old Tustin Avenue, Santa Ana, CA 92705

A true and correct copy of the foregoing document entitled (*specify*): Objection to Proposed Chapter 13 Plan and Confirmation Thereof

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/13/2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtors Counsel: Joshua L. Sternberg, js@sternberglawgroup.com

Trustee: Amrane Cohen, efile@ch13ac.com

United States Trustee: ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) 09/13/2021, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor: Bridget Kaub, 421 18th Street, Huntington Beach, CA 92648

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/13/2021 | Ana Palacios | /s/ Ana Palacios |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    F 9013-3.1.PROOF.SERVICE