Jay K. Chien, SBN 251343
Amrane Cohen, Chapter 13 Trustee
770 The City Drive South, Suite 3700
Orange, CA 92868
Phone (714) 621-0200
e-mail: efile@ch13ac.com

United States Bankruptcy Court

Central District of California – Santa Ana Division

| In re: | Chapter 13 |
|---|---|
| Bridget Kaub, | Case No.: 8:21-bk-11979-MW |
| Debtor(s). | **CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND REQUEST FOR DISMISSAL** |
| | Date:   11/18/2021<br>Time:   2:00 PM<br>Courtroom: 6C<br>Location:   411 W. 4th St., Santa Ana, CA 92701 |

    Amrane Cohen, Chapter 13 Trustee, ("Trustee") objects to confirmation of Debtor's proposed chapter 13 plan. The confirmation hearing is currently set on the date, time, and location indicated above.

    Notice is hereby given that unless an earlier date is provided by the Local Bankruptcy Rules ("LBR"), any documents requested herein or required to be provided to the Trustee must be provided not later than seven (7) calendar days prior to the confirmation hearing.

    The current plan was filed on 8/27/21.

//

//

//

**Trustee's objections to confirmation are based on the following grounds:**

1. **The Debtor has failed to file the following mandatory court forms required pursuant to LBR 9011-1(b)(2):**
   a. **Declaration regarding post-petition mortgage and personal property payments:** Form F 3015-1.4.DEC.PRECONF.PYMTS, Declaration Setting Forth Postpetition, Preconfirmation Payments on: 1) Deeds of Trust Payments [or Mortgages]; 2) Leasese on Personal Property: 3) Purchase Money Security Liens on Personal Property [LBR 3015-1(e) and LBR 3015-1(m)] MANDATORY.
   b. **Declaration regarding taxes and domestic support:** Form F 3015-1.08.DEC.TAX.DSO, Declaration RE Filing of Tax Returns and Payment of Domestic Support Obligations (Preconfirmation) MANDATORY.

2. **The Debtor has failed to provide the Trustee with the following documents requested for the 341(a) Meeting of Creditors:**
   a. Trustee has not received copies of Debtor's proof of income requested by the Trustee pursuant to 11 U.S.C § 521(a)(1)(B)(iv)-(vi), 11 U.S.C § 521(a)(3) and (4), and LBR 3015-1(c)(3).
   b. Trustee has not received copies of Debtor's 2019-2020 federal and state income tax returns requested by the Trustee pursuant to 11 U.S.C § 521(a)(3) and (4), 11 U.S.C § 521 (e)(2)(A)(i) and (B), and LBR 3015-1(c)(3). X

3. **The plan does not sufficiently provide for the allowed amount(s) of secured claims in the case required pursuant to 11 U.S.C § 1325(a)(5)(B)(ii).**
   a. Creditor Franklin Credit Management/Bosco Credit has filed court proof of claim #2 indicating mortgage arrears of $417,978.10. Debtor's chapter 13 plan only provides for a lesser estimated secured amount of $120,000.00.

4. **Objecting creditor(s) Bosco Credit have respectively filed objection(s) to the plan.**

5. Debtor has previously filed bankrutpcy and used a hypenated last name. At 341(a) Meeting of Creditors, Debtor informed Trustee that the hyphenated last name is part of her legal name.

   a. Debtor must amend the voluntary petition as her full legal name is not either included on the petition face or as an AKA.

6. Debtor's prior chapter 13 case filings which were dismissed listed numerous unsecured claims. Debtor has not listed many of those claims in this filing and it is unclear whether those creditors still exist and may be lacking notice of this bankruptcy.

7. **Secured and priority creditor(s) have not filed court proofs of claims. The regular claims bar date will pass on 10/22/21. If by that date the creditors do not file proofs of claims, Debtor will need to file proofs of claims on the creditors' behalf or the creditors may not be paid thru the plan.**

For the reasons stated forth above, if the issues are not addressed Trustee requests that confirmation of the chapter 13 plan be denied and the case be dismissed for failure to confirm a chapter 13 plan. Dismissal is in the best interests of creditors. Trustee is unaware that there exists any grounds for conversion of this case to any other chapter of bankruptcy.

Dated: September 30, 2021            /s/ Jay K. Chien
                                     Staff attorney for
                                     Amrane Cohen, Chapter 13 Trustee

I declare under the penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Dated: September 30, 2021            /s/ Jay K. Chien
                                     Jay K. Chien

3

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

770 The City Drive South, Suite 3700, Orange, CA 92868

A true and correct copy of the foregoing document entitled (*specify*): **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN AND REQUEST FOR DISMISSAL**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **9/30/2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Amrane Cohen efile@ch13ac.com
US Trustee ustpregion.16.sa@usdoj.gov
Joshua L Sternberg js@sternberglawgroup.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **9/30/2021**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

Bridget Kaub
421 18th Street
Huntington Beach, CA 92648

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Mark S. Wallace

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/2021 | Rachel Saucedo | /s/ Rachel Saucedo |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**